**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 5.1.1**
**Eastern Division**

Jacob M. Scheiner Ira
                       Plaintiff,

v.                                           Case No.: 1:12−cv−02653
                                            Honorable Edmond E. Chang

Midas, Inc., et al.
                       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, January 29, 2013:

      MINUTE entry before Honorable Edmond E. Chang:For the reasons stated in the Memorandum Opinion and order, the Court grants Defendants' motions to dismiss [30, 36, 39] as to the federal claims and relinquishes jurisdiction as to the state−law claims. Civil case terminated. Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.