AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
## Northern District of Illinois

Jacob M. Scheiner Ira )
*Plaintiff* )
v. ) Civil Action No. 12 C 2653
Midas, Inc., et al. )
*Defendant* )

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☒ other:
Judgment is entered for Defendants on the federal-law claims and relinquishes jurisdiction over the state-law claims.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge     Edmond E. Chang     on a motions   dismiss.
.

Date:  Jan 29, 2013                                    Thomas G. Bruton, Clerk of Court

                                                       /S/Sandra Brooks